## MAKAH INDIAN TRIBE *v.* WASHINGTON

No. 922.  Decided March 23, 1970

*Robert J. Pirtle* and *Alvin J. Ziontz* for appellant.

*Slade Gorton,* Attorney General of Washington, and *Jane Dowdle Smith* and *Steven C. Way,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## MARKS *v.* CHIEF OF POLICE OF THE CITY OF LOS ANGELES ET AL.

No. 1107.  Decided March 23, 1970

*Burton Marks,* appellant, *pro se.*

*Roger Arnebergh* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.